In the Matter of the Probate of the Will of HIRAM II. LAMPORT, Deceased.

MARY C. SMEDLEY, Appellant; ALTHEA G. JEWELL et al., Respondents.

*Matter of Lamport* (*Will*), 134 App. Div. 954, affirmed.
(Argued January 6, 1910; decided January 25, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered October 22, 1909, which affirmed a decree of the New York County Surrogate's Court denying probate of a paper propounded as the will of Hiram H. Lamport, deceased.

*William J. O'Sullivan* and *John S. Jenkins* for appellant.

*Edmund L. Mooney, Henry G. Gennert* and *Enos S. Booth* for respondents.

Order affirmed, with costs, and held that although the admission of the letter of the witness Rogers to the testator was erroneous, the error did not affect the result and should be disregarded under the provisions of section 2545 of the Code of Civil Procedure; no opinion.

Concur: CULLEN, Ch. J., VANN, WERNER, WILLARD BART-LETT, HISCOCK and CHASE, JJ. Absent: EDWARD T. BARTLETT, J.